**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

RONNIE JOE RUCKER
ADC #138453 PLAINTIFF

V. NO: 5:09CV00001 JLH/HDY

W.C. "DUB" BRASSELL
DETENTION CENTER *et al.* DEFENDANTS

**ORDER**

On January 23, 2009, Defendant Floyd Holoway filed an answer with his correct name (docket entry #8). The Clerk is directed to change the style of the case to reflect the correct name of Defendant Floyd Holoway.

DATED this 26 day of January, 2009.

UNITED STATES MAGISTRATE JUDGE